# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

BOOKER SCC, LLC; BOSSIER
SCC, LLC; BRADFORD SCC, LLC;
COLONIAL SCC, LLC; RUSTON
SCC, LLC; NORMANDIE SCC,
LLC; SHREVEPORT SCC, LLC;
AND SPRINGLAKE SCC, LLC

VERSUS

DR. COURTNEY N. PHILLIPS, IN
HER OFFICIAL CAPACITY AS THE
SECRETARY OF THE LOUISIANA
DEPARTMENT OF HEALTH

NO.  2024 CW 1036

NOVEMBER 18, 2024

---

In Re:   Louisiana Department of Health, applying for supervisory
writs, 19th Judicial District Court, Parish of East
Baton Rouge, No. 713601.

---

**BEFORE:   THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT GRANTED.** Plaintiffs, Booker SCC, LLC; Bossier SCC, LLC;
Bradford SCC, LLC; Colonial SCC, LLC; Ruston SCC, LLC; Normandie
SCC, LLC; Shreveport SCC, LLC; and Springlake SCC, LLC, filed a
motion to depose an attorney of record for defendant, Louisiana
Department of Health.  No attorney of record shall be deposed
except under extraordinary circumstances and only where the
information sought cannot be obtained through other means. See
La. Code Civ. P. art. 1452(B); **Board of Com'rs of New Orleans
Exhibition Authority v. Missouri Pacific R. Co.**, 94-2604 (La.
12/19/94), 647 So.2d 340 (*per curiam*).  We find plaintiffs failed
to meet their burden of showing extraordinary circumstances exist
in this case.  Accordingly, we hereby reverse the district court's
September 18, 2024 judgment granting the motion to depose attorney
and ordering Michelle Christopher to submit to such deposition.

**MRT**
**WRC**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT